# UNITED STATES DISTRICT COURT
## District of Minnesota

Bryan Israel Puaquiza Rea,

Petitioner(s),

v.

Kristi Noem, Pamela Bondi, Todd M. Lyons, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1213 LMP/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Bryan Israel P. R.'s Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:
a. The Government is **ORDERED** immediately to return Bryan Israel P. R. to Minnesota by no later than **8:00 p.m. on Friday, February 13, 2026**;
b. After he is returned to Minnesota, the Government is **ORDERED** immediately to release Bryan Israel P. R. from custody in Minnesota under the same conditions as he was previously released pursuant to any order of supervision; and
c. The Government is **ORDERED** to return any property belonging to Bryan Israel P. R. that the Government seized in connection with his arrest and detention; and
2. The Government is **ORDERED** to file a status report by no later than **5:00 p.m. on Tuesday, February 17, 2026**, which must:
a. Certify the Government's compliance with this Order or, if the Government has not complied, explain the Government's efforts to comply with this Order;
b. Identify those responsible for transporting Bryan Israel P. R. to Texas in violation of the Court's order entered on February 8, 2026 (ECF No. 4); and
c. Identify those responsible for failing to return him promptly to Minnesota in violation of

the Court's order.

Date: 2/13/2026

KATE M. FOGARTY, CLERK